1  MARK ROSENBUSH
   Attorney at Law, CSB 72436
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,       )     No.  CR  05-00383 PJH
9            Plaintiff,            )
                                   )
10                                 )     Stipulation and Proposed Order
       vs.                         )     Modifying Conditions of Release
11                                 )
   Lonnie Williams,                )
12                                 )
            Defendant.             )
13                                 )
   _____)
14

15                               Stipulation

16  The undersigned parties in this case stipulate:

17       1. On June 3, 2005 Magistrate Judge Maria-Elena James ordered defendant released from

18  custody upon specified conditions including electronic monitoring by Pretrial Services.

19       2. The parties have consulted with Richard Sarlatte of Pretrial Services, and in accordance

20  with his recommendation the parties hereby agree and stipulate that the conditions of release should be

21  modified as follows:

22       3. Defendant no longer needs to be on electronic monitoring, and that condition of release

23  shall be removed.

24       4. Defendant shall be subject to a new condition of release, that is, he shall be subject to

25  automated curfew at 10 p.m., or at the discretion of Pretrial Services.

26       5. Defendant shall be subject to two stay away orders as new conditions of release, that is, he

27  must stay away from the Sunnydale Projects in San Francisco, and he must stay away from all

28  members and associates of the street gang known as Down Below Gangsters (also known as "DBG"

*Stipulation*                                                                                    1

1  or "324").

2      This document has been electronically filed by Mark Rosenbush, attorney for Defendant.  I
3  have personally discussed the above matters with counsel whose signatures appear below, and I attest
4  that they have agreed to the foregoing stipulation, and join the request for the attached proposed
5  order.

6  Dated: 8/8/2005         Respectfully submitted,

7
                            /s/ Mark Rosenbush
8                              MARK ROSENBUSH
                            Attorney for Defendant
9

10 Dated: 8/8/2005         /s/ Hartley West
                            HARTLEY WEST
11                             Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation*   2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00383 PJH |
| Plaintiff. | ) ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| vs. | ) ) | |
| LONNIE WILLIAMS | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

GOOD CAUSE HAVING BEEN FOUND upon written stipulation of counsel and upon the recommendation of Pretrial Services;

IT IS HEREBY ORDERED that the conditions of Defendant Lonnie William's release shall be modified as follows. The condition requiring electronic monitoring is removed. Defendant shall be subject to a new condition of release, that is, he shall be subject to automated curfew at 10 p.m., or at the discretion of Pretrial Services. In addition, Defendant shall be subject to two stay away orders as new conditions of release, that is, he must stay away from the Sunnydale Projects in San Francisco, and he must stay away from all members and associates of the street gang known as Down Below Gangsters (also known as "DBG" or "324").

Dated: August 9, 2005

_____
HON. MARIA-ELENA JAMES
U.S. DISTRICT MAGISTRATE JUDGE

1