KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
HARTLEY M. K. WEST (CSBN 191609)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>LONNIE WILLIAMS, )<br>    Defendant. )<br>_____) | No. CR 05-00383 PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 7, 2005 THROUGH AUGUST 3, 2005, AND FROM AUGUST 3, 2005 THROUGH THE RULINGS ON PRETRIAL MOTIONS, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv)) |

On July 7, 2005, defendant Lonnie Williams, his attorney Mark Rosenbush, and Assistant United States Attorney Hartley West appeared before this Court for initial appearance and trial setting. Defense counsel advised that he wanted time to review tangible evidence in the possession of the FBI, and time to research and prepare two possible defense motions. The Court ordered the motions filed August 3, any oppositions filed August 17, replies filed August 24, and a hearing on August 31 at 3:30 p.m.

    The parties agreed and the Court ordered that the time between July 7 and August 3, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. sections 3161(h)(8)(A) and

STIPULATION & [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00383 PJH

1  3161(h)(8)(B)(iv), for effective preparation of counsel and because the ends of justice served
2  outweigh the best interest of the public and the defendant in a speedy trial. Between August 3
3  and the Court's ruling on the expected motions, time will be excluded due to the pendency of the
4  motions, pursuant to 18 U.S.C. section 3161(h)(1)(F).

5  Accordingly, the Court HEREBY ORDERS that the time between July 7 and August 3, 2005,
6  and, if pretrial motions are filed, the time between August 3 and the Court's rulings on those
7  motions, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: 8/26/05

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
MARK ROSENBUSH
Attorney for Defendant

_____
HARTLEY M. K. WEST
Assistant United States Attorney

STIPULATION & [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00383 PJH                                    2

1  3161(h)(8)(B)(iv), for effective preparation of counsel and because the ends of justice served
2  outweigh the best interest of the public and the defendant in a speedy trial. Between August 3
3  and the Court's ruling on the expected motions, time will be excluded due to the pendency of the
4  motions, pursuant to 18 U.S.C. section 3161(h)(1)(F).
5      Accordingly, the Court HEREBY ORDERS that the time between July 7 and August 3, 2005,
6  and, if pretrial motions are filed, the time between August 3 and the Court's rulings on those
7  motions, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date:_____

                              PHYLLIS J. HAMILTON
                              UNITED STATES DISTRICT JUDGE

Approved as to form:

_[signature]_
MARK ROSENBUSH
Attorney for Defendant


_____
HARTLEY M. K. WEST
Assistant United States Attorney

STIPULATION & [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00383 PJH                2