1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   PHILIP J. KEARNEY (CSBN 114978)
    HARTLEY WEST (CSBN 191609)

5   Assistant United States Attorney

6       450 Golden Gate Avenue
        San Francisco, California  94102

7       Telephone: (415) 436-6758
        Facsimile: (415) 436-7234

8
    Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    Criminal No. CR 05-00383 PJH
                                     )
14          Plaintiff,               )
                                     )
15                                   )    **STIPULATION AND [PROPOSED]**
                                     )    **ORDER MODIFYING BRIEFING**
16      v.                           )    **SCHEDULE**
                                     )
17                                   )
                                     )
    LONNIE WILLIAMS,                 )
18                                   )
            Defendant.               )
19  _____      )
                                     )
20
            The above-captioned matter came before the Court on August 31, 2005, for
21
    argument on a defense motion relating to *Henthorn* material.  LONNIE WILLIAMS, was
22
    represented by Mark Rosenbush, Esq.,  and the United States was represented by Philip J.
23
    Kearney, Assistant United States Attorney.  At the conclusion of the motion, the
24
    government asked for a short extension of the briefing schedule for the three additional
25

26

27

28
    **STIPULATION AND [PROPOSED]**
    **ORDER MODIFYING BRIEFING SCHEDULE**
    **CR 05-00383 PJH**

defense motions filed with the Court on August 31, 2005.[1]  This request was made to accommodate the travel schedule of government attorney Hartley M.K. West.

In open court, both parties and the Court agreed to the following supplemental briefing schedule: the government's oppositions are to be filed by September 28, 2005; the defendant's reply by October 5, 2005; and the hearing on the matter will be held on October 12, 2005 at 3:30 p.m.

The parties hereby agree to a two week extension of the previous briefing schedule to reflect the new dates listed above.

DATED:
                                    MARK ROSENBUSH, ESQ.
                                    Counsel for BERNARD THOMAS

DATED:
                                  /S/
                                  PHILIP J. KEARNEY
                                  Assistant United States Attorney

So ordered.

DATED: 9/2/05
                                  PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT JUDGE

---

[1] That schedule included a September 14, 2005 date for the government to file its opposition, an October 21, 2005 date for the defendant's reply and a September 28, 2005, hearing date.

**STIPULATION AND [PROPOSED]**
**ORDER MODIFYING BRIEFING SCHEDULE**
**CR 05-00383 PJH**                                 2