UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

LONNIE WILLIAMS,

    Defendant(s).

_____/

No. C 05-0383 PJH

**ORDER RE IN CAMERA REVIEW OF SUBPOENAED MATERIALS**

    Pursuant to the subpoenas issued by defendant's counsel, the San Francisco Police Department has returned documents relating to complaints against Officers Knoble and Kumli. The court has reviewed the documents to determine if they are responsive to the subpoena and relevant for *Henthorn* purposes. With regard to Officer Knoble, there are five complaints each reflected by a management control document. Two appear to be internal complaints–one that Officer Knoble failed to appear in traffic court and one that simply names him as one of fourteen officers involved in a high speed chase and the death of the fleeing suspect, following which there was an automatic internal investigation. These two control documents will not be disclosed. The remaining three control documents appear to relate to citizen complaints, although the nature of the complaints are not clear and it is impossible to determine if the underlying complaints are relevant here.

    With regard to Officer Kumli, three management control documents were returned. One reflects the same internal investigation referred to above and that document will not be disclosed. Another reflects a citizen complaint and the third reflects a violation of departmental policy. Both will be disclosed.

    With regard to the second subpoena issued to the SFPD, the court has reviewed the

incident reports requested and determined that eight of the ten requested are included. There is a ninth report, however, that is not responsive to the subpoena and appears to have nothing to do with this case. That report will not be disclosed.

The documents to be disclosed, will be made available to both parties. The documents that are not being disclosed will be filed under seal for purposes of review.

**IT IS SO ORDERED.**

Dated: October 13, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge