MARK ROSENBUSH
Attorney at Law, CSB 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>   vs.<br><br>Lonnie Williams,<br>         Defendant. | No. CR 05-00383 PJH<br><br>Stipulation and ~~Proposed~~ Order<br>Modifying Briefing Schedule |

Stipulation

The undersigned parties in this case stipulate:

1. On October 12, 2005 this Court ordered additional briefing on Defendant's Motion for Discovery.

2. The defense was required to submit it's brief by October 26, 2005, and the government was ordered to reply by November 2, 2005.

3. Early last week the defense requested that the government produce rap sheets of the ten individuals (other than Defendant) who were arrested in 2003 and 2004 in San Francisco for possession of firearms with obliterated serial numbers. This information is necessary for the parties to brief the issue of whether these individuals are "similarly situated" to Defendant, for purposes of the discovery motion.

4. The government was unable to produce the requested rap sheets until yesterday. The rap sheets that were produced have been determined to be incomplete. The government has agreed to produce complete rap sheets within the next two days.

*Stipulation*                                                                                                                          1

5. The parties agree that due to this delay the briefing cannot be completed on the original schedule. The parties further agree that as long as the rap sheets are produced no later than Friday, October 28, 2005, the briefing can be completed with only a one week delay. Accordingly the parties are requesting that the Court extend the briefing schedule to require the defense to file it's supplemental brief by November 2, 2005, and the government to file it's reply by November 9, 2005.

Dated: 10/26/05          Respectfully submitted,

/s/ Mark Rosenbush
MARK ROSENBUSH
Attorney for Defendant

Dated: 10/26/05          /s/ Hartley West
HARTLEY WEST
Assistant United States Attorney

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00383 PJH |
| Plaintiff. | ) | **ORDER MODIFYING BRIEFING SCHEDULE** |
| vs. | ) | |
| LONNIE WILLIAMS | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN FOUND upon written stipulation of counsel and upon good cause shown;

IT IS HEREBY ORDERED that the supplemental briefing schedule relating to Defendant's motion for discovery shall be amended as follows: Defendant shall file his supplemental brief by November 2, 2005, and the Government shall file it's reply by November 9, 2005.

Dated: 10/26/05

_____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

1