1   MARK ROSENBUSH
    Law Offices of Mark Rosenbush
2   214 Duboce Avenue
    San Francisco, California 94103
3   Tel: (415) 861-3555
    Fax: (415) 255-8631
4
    Attorneys for Defendant
5   LONNIE WILLIAMS

6

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES OF AMERICA,          )      No. CR05-00383-PJH
11                                      )
              Plaintiff,                )
12                                      )      **STIPULATION AND ORDER**
                                        )      **RE: MODIFICATION OF**
13       vs.                            )      **CONDITIONS OF RELEASE**
                                        )
14   LONNIE WILLIAMS,                   )
                                        )
15            Defendant.                )
                                        )
16   _____  )

17

18          IT IS HEREBY STIPULATED by the parties in the above-entitled action that Defendant

19   LONNIE WILLIAMS' conditions of pre-trial release, limiting his travel to the Northern District

20   of California, be modified such that defendant WILLIAMS can travel from San Francisco to Las

21   Vegas, Nevada, on November 4, 2005, and return to San Francisco on November 6, 2005.

22          The purpose of this trip is for Mr. WILLIAMS to visit his father and brother, attend a

23   college football game in which his brother is playing, and attend his brother's birthday

24   celebration.  Mr. WILLIAMS has not previously sought permission to travel outside the Northern

25   District of California.

26          Defendant WILLIAMS has provided his pre-trial services officer, Paul Mamro, with the

27   location and phone number of his father's house in Las Vegas (3216 Lapis Beach Dr.) where he

28   *Williams: Travel Stip & Order*                                                      1

1  will be staying during this trip, as well as his airline itinerary.

2        IT IS FURTHER STIPULATED that Defendant WILLIAMS will report in person to his

3  pre-trial services officer within three days of his return from Las Vegas, or by November 9, 2005.

4  Dated:  October 26, 2005.

                                        s/MARK ROSENBUSH
5                                       Attorney for Defendant
                                        SEAN BEATTIE
6

7

8  Dated: October 31, 2005.           U.S. ATTORNEY'S OFFICE

9                                       s/HARTLEY WEST
                                        Assistant U.S. Attorney
10

11

            **IT IS SO ORDERED.**
12

          11/3/05
13
    Dated: _____, 2005.
14                                      HON. PHYLLIS J. HAMILTON
                                        United States  District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Williams: Travel Stip & Order*                                              2