KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6758

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> LONNIE WILLIAMS, ) <br> ) <br> Defendant. ) | Criminal No. CR 05-00383 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~]** <br> **ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on January 18, 2006, for trial setting. The defendant, Lonnie Williams, who was present, was represented by Mark Rosenbush, Esq., and the government was represented by Richard J. Cutler, Assistant United States Attorney. At the hearing, defense counsel indicated to the court that he planned on filing a Motion to Suppress defendant's post-arrest statements and a Motion in Limine to exclude evidence of gang affiliation from the trial. The court thereafter set a motion schedule in which defendant's motions were to be filed by January 27, 2006,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME - DEFENDANT - LONNIE WILLIAMS**
**CR 05-00383 PJH**

1  government's response by February 6, 2006, defendant's reply by February 10, 2006, and
2  hearing and decision on motions on February 22, 2006, at 2:30 p.m.
3       The parties agree and stipulate that the time from January 18, 2006, until and through
4  the filing of the motions - January 27, 2006, is appropriate and necessary for defendant to
5  prepare the motions and to conduct effective trial preparation, taking into account the
6  exercise of due diligence, under 18 U.S.C. § 3161(8)(B)(iv), and that time should
7  therefore be excluded from the seventy-day speedy trial calculation because the ends of
8  justice served by this continuance outweigh the best interest of the public and the
9  defendant in a speedy trial.
10      The parties further agree and stipulate that the time from the filing of defendant's
11  motions on January 27, 2006, until and through the hearing and decision on the motions
12  on February 22, 2006, shall likewise be excluded from the seventy-day speedy trial
13  calculation pursuant to 18 U.S.C. § 3161(h)(1)(F) because it represents delay resulting
14  from the filing of pretrial motions to and through the decision on the motions.

16  DATED: 1/18/06                                /S/
                                                  MARK ROSENBUSH, ESQ.
17                                                Counsel for DEFENDANT
                                                  LONNIE WILLIAMS

19
20  DATED:  1/18/06                               /S/
                                                  RICHARD J. CUTLER
                                                  Assistant United States Attorney

22  SO ORDERED.

24  DATED:   1/19/06

                                          HON. PHYLLIS J. HAMILTON
25                                        UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME - DEFENDANT - LONNIE WILLIAMS**
**CR 05-00383 PJH**                    2