1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Acting Chief, Criminal Division

4  PHILIP J. KEARNEY (CSBN 114978)
   RICHARD J. CUTLER (CSBN 146180)
5  Assistant United States Attorney

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6867
   Fax:       (415) 436-6753
8  Email:     richard.cutler@usdoj.gov

9  Attorneys for Plaintiff

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,      )   Criminal No. CR 05-00383 PJH
                                   )
15       Plaintiff,                )
                                   )
16                                 )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER EXCLUDING TIME**
17       v.                        )
                                   )
18  LONNIE WILLIAMS,               )
                                   )
19                                 )
         Defendant.                )
20  _____)

21       The above-captioned matter came before the Court on April 6, 2006, to hear an

22  Emergency Motion to Continue Trial Date filed by defendant.  The defendant, Lonnie

23  Williams, who was  present, was represented by Mark Rosenbush, Esq., and the

24  government was represented by Richard J. Cutler, Assistant United States Attorney.

25       The court heard argument concerning the motion to continue.  Defendant requested

26  more time to allow him to inspect the discovery that had been produced on April 5, 2006

27  and to employ an expert to examine the firearm in light of the information contained in

28
    **STIPULATION AND [PROPOSED]**
    **ORDER EXCLUDING TIME - DEFENDANT - LONNIE WILLIAMS**
    **CR 05-00383 PJH**

1  the new discovery. After argument, the court granted defendant's motion to continue the
2  trial date and the court set the trial for Monday, May 22, 2006, at 8:30 a.m., with a pretrial
3  conference set for May 12, 2006, at 10:00 a.m. Additionally, the court set May 12, 2006,
4  as the date to decide any additional motions filed by the parties.  Pursuant to instructions
5  from the court, the parties have met and conferred and the following schedule for motions
6  has been set:

7        April 21, 2006      Motions
8        April 28, 2006      Responses
9        May 3, 2006      Replies
10       May 12, 2006      Hearing

11    The parties agree and stipulate that the time from April 10, 2006, until and through
12  May 22, 2006, is appropriate and necessary for defendant to prepare and file motions and
13  to conduct effective trial preparation in light of the recently disclosed discovery, taking
14  into account the exercise of due diligence, under 18 U.S.C. § 3161(8)(B)(iv), and that
15  time should therefore be excluded from the seventy-day speedy trial calculation because
16  the ends of justice served by this continuance outweigh the best interest of the public and
17  the defendant in a speedy trial.

18  DATED: 4/6/06          /S/
          MARK ROSENBUSH, ESQ.
19           Counsel for DEFENDANT
          LONNIE WILLIAMS
20

21
  DATED: 4/6/06          /S/
22           RICHARD J. CUTLER
          Assistant United States Attorney
23

24  **SO ORDERED.**

25

26  DATED:   4/10/06
27           HONORABLE PHYLLIS J. HAMILTON
          UNITED STATES DISTRICT JUDGE
28

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME - DEFENDANT - LONNIE WILLIAMS**
CR 05-00383 PJH      2