FILED
MAY 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  RICHARD J. CUTLER (CSBN 146180)
   PHILIP J. KEARNEY (CSBN 114978)
5  Assistant United States Attorneys
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6867
      Fax:       (415) 436-7234
8     Email: Richard.Cutler@usdoj.gov
             Philip.Kearney@usdoj.gov
9
   Attorneys for Plaintiff

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00383-PJH |
|---|---|
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
|  | ) THE INDICTMENT WITHOUT |
| v. | ) PREJUDICE PURSUANT TO FED. R. |
|  | ) CRIM. P. 48(a) AND [PROPOSED] |
| LONNIE WILLIAMS, | ) ORDER DISMISSING THE |
|  | ) INDICTMENT WITHOUT PREJUDICE |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, hereby moves to dismiss the indictment against defendant LONNIE WILLIAMS without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: May 30, 2006

/S/
RICHARD J. CUTLER
PHILIP J. KEARNEY
Assistant United States Attorneys
Attorneys for Plaintiff
United States of America

GOVERNMENT'S MOTION
TO DISMISS THE INDICTMENT (CR 05-00383-PJH)                                             1

1  SO ORDERED.

3  DATED: 5/31/06

                                        PHYLLIS J. HAMILTON
                                        UNITED STATES DISTRICT JUDGE

GOVERNMENT'S MOTION
TO DISMISS THE INDICTMENT (CR 05-00383-PJH)                                    2